NO. 30151

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

NORDIC CONSTRUCTION CO., LTD.
Respondent/Lienor-Appellee,

vs.

MAUI BEACH RESORT LIMITED PARTNERSHIP,
a Foreign Limited Partnership,
Petitioner/Respondent-Appellant.

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 MAY -4 AM 9: 33

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(M.L. NO. 08-1-0017)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner/respondent-appellant Maui Beach Resort Limited Partnership's motion for reconsideration, filed on April 19, 2010, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, May 4, 2010.